IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ROGER WILLIAMS**  PLAINTIFF

v.  No. 4:22-cv-942-DPM

**USA and INTERNAL REVENUE
SERVICE**  DEFENDANTS

ORDER

Here are the Court's working drafts of (1) the *voir dire*; (2) preliminary instructions; (3) final instructions; and (4) verdict. Please file any suggested changes or objections to the *voir dire* and preliminary instructions drafts by Wednesday, 5 February 2025. Hold your thoughts on the final instructions and alternative verdict drafts. We'll work on those during trial.

Note the Court's drill on juror questions in draft Preliminary Instruction 5. I forgot to cover this at our pretrial.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 January 2025