IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ROGER WILLIAMS                                                                    PLAINTIFF

v.                                        No. 4:22-cv-942-DPM

USA and INTERNAL REVENUE
SERVICE                                                                          DEFENDANTS

## ORDER

The Court appreciates the United States' suggestions on the *voir dire* and preliminary instructions. The finals are attached.

The Court has adopted (in some form) almost all the government's suggestions for expanding the *voir dire*. The main exception is on military service and law enforcement experience. This is covered on the potential jurors' questionnaire responses. And the Court doesn't see any significant relevance to the issues in this case. Counsel can cover this ground if they choose. Given the many additions, however, the Court may trim or skip Section D, "Juror Question Time". We run the risk of wearing out the panel.

In general, the Court declines the suggested changes to the statement of the case and preliminary instructions.

First, as the Court understands the expected proof, Williams disputed his obligation to pay the taxes personally and objected to

doing so. "Under protest" is a good shorthand for what happened. The Arc was a non-profit. So that stays in, too.

Second, the Court considered and decided against giving comprehensive instructions on "responsible person" and "willfulness" at the start, opting instead for the summaries and the promise of complete details on the law later. The government's proposed additions to the summaries provide only part of all the applicable law.

Third, the Court will give a limiting instruction along the following lines before any assurances/subjective-belief testimony. Williams must alert the Court in advance. This issue is better handled in the moment rather than in the preliminary instructions.

> You're about to hear evidence that others at The Arc assured Williams that the employment taxes would be paid. You will also hear evidence about what Williams believed about these assurances. You may consider all this evidence on the "willfulness" issue. You may not consider it on the "responsible person" issue.

The Court declines the government's proposed Instruction No. 12 on these points. It is a bit argumentative and, the Court concludes, reads the nuanced applicable law selectively. *See Doc. 39 at 3.*

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 February 2025