IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ROGER WILLIAMS**                                                                                    **PLAINTIFF**

v.                                        No. 4:22-cv-942-DPM

**USA and INTERNAL REVENUE
SERVICE**                                                                                              **DEFENDANTS**

## JUDGMENT

The Court held a jury trial in this case from 11 February 2025 to 13 February 2025 in Little Rock. The eleven-person jury returned a unanimous verdict, answering two questions. Based on the jury's verdict, Roger Williams shall have judgment against the United States of America and the Internal Revenue Service for $178,202.50, plus any pre-judgment interest, attorney's fees, and costs that are allowed by law and are awarded by the Court on a motion filed within fourteen days of entry of this Judgment. 26 U.S.C. § 7430; Fed. R. Civ. P. 54(d). This Judgment shall bear interest at a rate of 4.20% until paid in full. 28 U.S.C. § 1961(a)-(b).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

14 February 2025