IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ROGER WILLIAMS                                                                      PLAINTIFF

v.                                      No. 4:22-cv-942-DPM

USA and INTERNAL REVENUE
SERVICE                                                                            DEFENDANTS

## AMENDED JUDGMENT

Williams's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

16 July 2025